JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UGOCHUKWU FIDELIS OKORO,

                    Petitioner,

        v.

MARK BOWEN et al,

                    Respondent.

Case No. 5:25-cv-03133-SVW-MAR

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the Petition is **DENIED** and this action is **DISMISSED**.

Dated: May 29, 2026

HONORABLE STEPHEN V. WILSON
United States District Judge